In re MATHESON et al.

(Circuit Court, S. D. New York. March 14, 1893.)

CUSTOMS DUTIES—CLASSIFICATION—DYES—PRIMULINE BUFF.

Primuline buff, a compound of a preparation from quercitron or black oak bark, 80 per cent., and alizarine, a preparation from coal tar, 20 per cent., is dutiable under the tariff act of October 1, 1890, Schedule A, par. 26, (26 St. p. 567,) imposing a duty of seven eighths of a cent per pound on dyewood extracts, and not under paragraph 18, imposing a duty of 35 per cent. ad valorem on coal-tar dyes.

Appeal by the Collector of the Port of New York from a Decision of the United States Board of General Appraisers sustaining the protest of the importers, and authorizing a reliquidation accordingly. Affirmed.

Thomas Greenwood, Asst. U. S. Atty., for the collector.
Albert Comstock, for respondents.

COXE, District Judge. The opinion of the board is as follows:

"SHARPE, G. P. The merchandise consisted of an article known as primuline buff, and is subject to duty under the act of October, 1890. The assistant appraiser reported that the article was submitted to the United States chemist, who made return that it exhibited the qualifications of a coal-tar color, and it was thereupon classified for duty, under paragraph 18, as a coal-

tar color or dye, at 35 per cent. ad valorem. The appellant's claim that the merchandise is a dyewood extract, liable for duty under paragraph 26.

"We find from the evidence adduced on the hearing that primuline buff is a preparation from quercitron, which is the bark of the black oak, sometimes called 'dyers' oak,' and that it is used in tanning, and more generally in dying. In the latter use it imparts to calicoes and cloths shades of yellow colors. There is an admixture of alizarine in the preparation, which modifies the color, and this part comes from coal tar. The evidence showed, however, that quercitron furnishes 80 per cent. and alizarine 20 per cent. of the compound. The chief agent in the tinctorial result comes from the quercitron, which is predominant, and the effect of the alizarine is subordinate. We also find that primuline buff, at and prior to October 1, 1890, was known as a dyewood extract in the markets of the country and in the wholesale trade generally. On these findings we sustain the protest, and authorize a reliquidation accordingly."

It is thought that this decision is right and should be affirmed.